No. 96–2.  McDermott, Inc. v. Capital Welding & Fabrication, Inc., et al.  C. A. 5th Cir.  Motion of Forest Oil Corp. for leave to file a brief as *amicus curiae* granted.  Certiorari denied.

No. 96–54.  Sheet Metal Workers International Assn. Local Union No. 28 v. Equal Employment Opportunity Commission et al.  C. A. 2d Cir.  Certiorari denied.  Justice Thomas took no part in the consideration or decision of this petition.

No. 96–189.  Michigan v. Barrera et al.  Sup. Ct. Mich.  Motion of respondent Patrick Michael Musall for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 96–403.  Corporation v. United States.  C. A. 9th Cir.  Motion of petitioner for leave to file information under seal granted.  Certiorari denied.

October 17, 1996

No. 96–6293 (A–263).  Bush v. Florida.  Sup. Ct. Fla.  Application for stay of execution of sentence of death, presented to Justice Kennedy, and by him referred to the Court, denied.  Certiorari denied.

October 20, 1996

No. 96–6390 (A–283).  In re Bush.  Application for stay of execution of sentence of death, presented to Justice Kennedy, and by him referred to the Court, denied.  Petition for writ of habeas corpus denied.

No. 96–6373 (A–281).  Bush v. Florida.  Sup. Ct. Fla.  Application for stay of execution of sentence of death, presented to Justice Kennedy, and by him referred to the Court, denied.  Certiorari denied.